

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LISA HAMILTON,**

                    **Plaintiff,**

-vs-                                                  **Case No. 6:04-cv-636-Orl-22JGG**

**FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES,**

                    **Defendant.**

_____

## ORDER

After review of the Plaintiff's Motion to Proceed *In Forma Pauperis*, and affidavit in support of Motion to Proceed *In Forma Pauperis* (Doc. No. 2), the Court has determined that the Plaintiff is a pauper and entitled to proceed with his complaint without payment of a filing fee.

The Clerk of this Court shall mail summons forms to the Plaintiff for completion and return to the Court within fifteen (15) days of mailing. Once the completed summonses are returned to the Court, the Clerk is directed to provide the completed service forms to the United States Marshal. Upon receipt of the completed service forms, the United States Marshal is directed to serve them upon the Defendant without cost to the Plaintiff.

**DONE and ORDERED** in Chambers in Orlando, Florida on this _11_ day of May, 2004.

                                            JAMES G. GLAZEBROOK
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
United States Marshal



F I L E   C O P Y

Date Printed: 05/12/2004

Notice sent to:

   ___  Lisa Hamilton
        4470 Scenic Lake Dr.
        Orlando, FL  32808

        6:04-cv-00636    maa