Lisa Hamilton
  vs.
Florida Dept. of Education/
Vocational Rehabilitation,
et.

Case 6:04-cv-636-ORL-28JGG

## Motion

### Request Counsel

The plaintiff, Lisa Hamilton, was granted in forma pauperis and would like the Court to appoint Counsel. The plaintiff has proceeded on her own thus far and now feels she could use Representation with the remainder of the case. She is aware that this service is not guaranteed but is at the discretion of the Court. She asks that diligent consideration be given to her request this day May 19, 2004.

Sincerely,

Lisa Hamilton

4470 Scenic Lake Drive
Orlando, FL 32808