# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Lisa Hamilton | **COURT CASE NUMBER** 6:04-CV-636 |
| **DEFENDANT** Florida Dept of Education/Vocational Rehab. | **TYPE OF PROCESS** |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of the Commissioner of Florida Dept Educ

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Turlington Bldg. Suite 1514 325 West Gaines St. Tallahassee, Fl 323

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Lisa Hamilton
4470 Scenic Lake Dr.
Orlando, Florida 32808

Number of process to be served with this Form - 285
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Lisa Hamilton
**TELEPHONE NUMBER** 321-387-1747
**DATE** 5-17-04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 18
District to Serve No. 18
Signature of Authorized USMS Deputy or Clerk: JW
Date: 5-21-04

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Margaret O'Sullivan Parker, Deputy Gen. Counsel
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode

Date of Service: 6/8/04
Time: 11:00 am
Signature of U.S. Marshal or Deputy: Heather P. Welch

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.- | .75 | 8.00 | | | 53.75 | |

REMARKS: 5-24-04: Service is requested

16

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   **FORM USM-285 (Rev. 12/15/80)**