045900

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:04CV-636-ORL-28JG
MAGISTRATE:

LISA HAMILTON,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF
EDUCATION; DIVISION OF
VOCATIONAL REHABILITATION;
JUDY WHITAKER; DAVID
GIVENS; JOYCE A. WELLS;
DR. LEONARDO SKIZYNSKI;
and DAVID BOGERT,

    Defendants.
_____/

### NOTICE OF APPEARANCE

COMES NOW, CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A., and hereby makes this their Notice of Appearance as counsel of record for the Defendant, DAVID BOGERT, L.M.H.C., in the above-styled cause, and hereby requests that all pleadings, correspondence, etc., be forwarded directly to the undersigned at the below stated address.

CASE NO. 6:04CV-636-ORL-28JG

I certify that a copy hereof has been furnished to LISA HAMILTON, 4470 Scenic Lake Drive, Orlando, FL 32808 by mail on this 21ST day of June, 2004.

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Attorneys for Defendant, David
E. Bogert, L.M.H.C.
Two South Orange Avenue
Suite 300
Orlando, Florida 32801
(407) 649-9797
(407) 649-1968

BY: _____
John L. Morrow, Esquire
FLORIDA BAR NO. 656038

JLM/KMC/jmd

1FZ3650.WPD
04.0621

-2-