UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:04-CV-636-ORL-28JGG

LISA HAMILTON,

    Plaintiff,

v.

JOYCE A. WELLS, FLORIDA DEPARTMENT
OF EDUCATION DIVISION OF VOCATIONAL
REHABILITATION, JUDY WHITAKER;
DAVID GIVENS, DR. LEONARD SKIZYNSKY
and DAVID BOGERT,

    Defendants.

_____/

**DEFENDANT, JOYCE A. WELLS, Psy.D.'s
NOTICE OF APPEARANCE**

    COME NOW, MICHAEL R. JACKSON, ESQ., and the firm of CONROY, SIMBERG, GANON, KREVANS & ABEL, P.A., and hereby make this their Notice of Appearance as counsel of record for the Defendant, JOYCE A. WELLS, Psy.D., in the above-styled cause, and hereby requests that all pleadings, correspondence, etc., be forwarded directly to the undersigned at the address stated below.

**CERTIFICATE OF SERVICE**

    I certify that a copy hereof has been furnished to Lisa Hamilton, 4470 Scenic Lake Drive, Orlando, Florida 32808, by U.S. Mail this 21st day of June, 2004.

CASE NO. 6:04-CV-636-ORL-28JGG

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Attorneys for Defendant, Joyce A. Wells
Two South Orange Avenue
Suite 300
Orlando, Florida 32801
(407) 649-9797
(407) 649-1968

By: _____
Michael R. Jackson, Esquire
FLORIDA BAR NO. 0161632

MRJ/emc
1FZ8583.WPD
04.0621