UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

LISA HAMILTON,

    Pro Se Plaintiff,

v.

FLORIDA DEPARTMENT OF
EDUCATION, DIVISION OF
VOCATIONAL REHABILITATION
JUDY WHITAKER; DAVID
GIVENS; JOYCE A. WELLS;
DR. LEONARDO SKIZYNSKI;
and DAVID BOGERT,

    Defendants.
_____/

CASE NO. 6:04CV-636-ORL-28JG

Appearing on behalf of Defendant,
Joyce A. Wells, Psy.D.

### DEFENDANT'S, JOYCE A. WELLS, PSY.D., MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; MOTION FOR MORE DEFINITE STATEMENT; AND MOTION TO STRIKE

COMES NOW the Defendant, JOYCE A. WELLS, PSY.D. (improperly referred to as "JOYCE A. WELLS"), by and through her undersigned attorneys, and hereby files this her Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted; Motion for More Definite Statement; and Motion to Strike, and, as grounds for this motion, Defendant states as follows:

    1.    This matter presents the Court with a 13-page Complaint in which the Plaintiff, LISA HAMILTON, provides the Court with a long, factual recitation of her interactions with the Florida Department of Education, Division of Vocational Rehabilitation; Joyce A. Wells, Psy.D. (mistakenly referred to as "Joyce A. Wells"); Dr. Leonard Skizynski; David Givens; Judy

20

CASE NO. 6:04CV-636-ORL-28JG

Whittaker, and David E. Bogert, concerning her attempts to obtain assistance with the pursuit of opening her own business.

2. The Plaintiff's Complaint fails to contain a short and plain statement of the claim showing that she, as the pleader, is entitled to relief pursuant to Rule 8 of the Federal Rules of Civil Procedure. F.R.C.P. 8.

3. Nor does the Complaint set forth legally cognizable claims upon which this Court may grant relief, thus subjecting it to dismissal pursuant to Rule 12 of the Federal Rules of Civil Procedure. F.R.C.P. 12.

4. Throughout Plaintiff's Complaint, there are insufficient factual bases for this Defendant to adequately respond or potentially prepare this matter for an ultimate trial.

5. Consequently, this Defendant seeks dismissal of Plaintiff's claims, or, alternatively, that this Plaintiff clearly specify the nature of her claims against this Defendant.

6. Moreover, the Plaintiff in paragraphs 49(b), 52, 62, and 63 sets forth irrelevant, redundant, or scandalous matters that should be struck from the Complaint.

CASE NO. 6:04CV-636-ORL-28JG

**CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to Lisa Hamilton, 4470 Scenic Lake Drive, Orlando, FL 32808, by U.S. Mail this 21st day of June, 2004.

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Attorneys for Defendant
Joyce A. Wells, PSY.D.
Two South Orange Avenue
Suite 300
Orlando, Florida 32801
(407) 649-9797

By: _____