Lisa Hamilton
4470 Scenic Lake Dr.
Orlando, FL 32808

FILED

04 JUN 22 AM 10:35

CLERK, U.S. ...
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Application
for
DEFAULT

On June 1st, 2004 The United States
Marshals/ served upon Defendants:

1.) David Givens
3191 Maguire Blvd Ste. 246
Orlando, FL 32808

2.) Judy Whitaker
3191 Maguire Blvd Ste. 246
Orlando, FL 32808

3.) Joyce A. Wells
3359 W. Vine Street Str. 104
Kissimmee, FL 34741

4.) Leonard Skizynski
3359 W. Vine Street Ste. 104
Kissimmee, FL 34741

and

5.) David Bogert
3359 W. Vine Street ste. 104
Kissimmee, FL 34741

22

a Civil Complaint allegging deprivation of
civil Rights 42 U.S.C 1983. Each Defendant was
given notice of a 20 Day Deadline excluding
Day of Service. Ramifications and exceptions
were noted to the Rule. It is now 21 days after
Date of Service. The Court Rendered the 21st
Day of June 2004 as the Deadline.
It is now pass do for an "answer" Sufficient
time has been granted to state a Claim of
action for a defense. Nothing has been filed
in response to the Complaint. It is my Request
that a DEFAULT be entered into for
each Defendant Mentioned above if "Good
Cause is not Shown" This day Tuesday June
22nd, 2004.

Lisa Hamilton
6/22/04