FILED
04 JUN 22 AM 11: 25
CLERK
MIDDLE DIST... FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

    Plaintiff,

vs.                                  CASE NO. 6:04-CV-636-ORL-28JGG

FLORIDA DEPARTMENT OF EDUCATION/
VOCATIONAL REHABILITATION
SERVICES, JUDY WHITAKER, DAVID
GIVENS, JOYCE A. WELLS, DR. LEONARD
SKIZYNSKI and DAVID BOGERT,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT DR. SKIZYNSKI

    COMES NOW George F. Indest III, Esquire and Jason L. Harr, Esquire, of The Health Law Firm, and enters their appearance on behalf of Defendant, Dr. Leonard Skizynski, in the above-captioned case. All pleadings and papers should be served on the undersigned at the address indicated below.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. mail, postage prepaid, to: Lisa Hamilton (Pro Se Plaintiff), 4470 Scenic Lake Drive, Orlando, Florida 32808, on this  21st  day of June, 2004.

                                    /s/ George F. Indest III
                                    GEORGE F. INDEST III, ESQUIRE
                                    Florida Bar No.: 382426
                                    Board Certified in Health Care Law

23

JASON L. HARR, ESQUIRE
Florida Bar No.: 0194336
THE HEALTH LAW FIRM
220 East Central Parkway
Suite 2030
Altamonte Springs, Florida 32701
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR DEFENDANT,
DR. LEONARD SKIZYNSKI**

GFI:lb S:\256\001\Pleadings\Appearance.NOT.wpd