FILED

04 JUN 22 AM 11: 25

CLERK
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

       Plaintiff,                         CASE NO.: 6:04-CV-636-ORL-28JGG

vs.

FLORIDA DEPARTMENT OF
EDUCATION DIVISION OF
VOCATIONAL REHABILITATION;
JUDY WHITAKER; DAVID GIVENS;
JOYCE A. WELLS; DR. LEONARD
SKIZYNSKI; DAVID BOGERT,

       Defendants.
_____/

## DEFENDANT DR. LEONARD SKIZYNSKI'S

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS         related to pendency or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                    Not applicable.

_X_ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

24

Date: June 21, 2004.

*George F. Indest*

GEORGE F. INDEST III, ESQUIRE
Board Certified in Health Care Law
Florida Bar No.: 382426
**JASON L. HARR, ESQUIRE**
Florida Bar No.: 0194336
THE HEALTH LAW FIRM
220 East Central Parkway
Suite 2030
Altamonte Springs, Florida 32701
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**TRIAL COUNSEL FOR
DEFENDANT DR. LEONARD
SKIZYNSKI**

Courtesy Copy to Plaintiff Lisa Hamilton
Via U.S. Mail

S:\256\001\Pleadings\Pendency.NTC.wpd

Page -2-