FILED

04 JUN 22 AM 11: 25

CLERK
MIDDLE DISTRICT FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

    Plaintiff,

CASE NO.: 6:04-CV-636-ORL-28JGG

vs.

FLORIDA DEPARTMENT OF
EDUCATION DIVISION OF
VOCATIONAL REHABILITATION;
JUDY WHITAKER; DAVID GIVENS;
JOYCE A. WELLS; DR. LEONARD
SKIZYNSKI; DAVID BOGERT,

    Defendants.
_____/

## DEFENDANT DR. LEONARD SKIZYNSKI'S

## CERTIFICATE OF INTERESTED PERSONS AND

## CORPORATE DISCLOSURE STATEMENT

Defendant Dr. Leonard Skizynski, by and through his undersigned counsel, hereby discloses the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party:

25

    1.      Florida Department of Education, Division of Vocational Rehabilitation

    2.      Dr. Leonard Skizynski

    3.      Lisa Hamilton

    4.      David Givens

    5.      Joyce A. Wells

    6.      David Bogert

    7.      Judy Whitaker

2.      The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known at this time.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee:

None known at this time.

4.      The name of each victim including every person who may be entitled to restitution:

Lisa Hamilton.

5.      Check one of the following:

_x_ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of such conflict.

___ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Date: June 21, 2004.

/s/ George F. Indest

**GEORGE F. INDEST III, ESQUIRE**
Board Certified in Health Care Law
Florida Bar No.: 382426
**JASON L. HARR, ESQUIRE**
Florida Bar No.: 0194336
THE HEALTH LAW FIRM
220 East Central Parkway
Suite 2030
Altamonte Springs, Florida 32701
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**TRIAL COUNSEL FOR DEFENDANT DR. LEONARD SKIZYNSKI**

Courtesy Copy to Plaintiff Lisa Hamilton
Via U.S. Mail

JLH
S:\256\001\Pleadings\Disclosure.STM.wpd

Page -3-