FILED

04 JUN 24 AM 9: 42

CLE...
MIDDLE DI...
ORLA...FL...RIDA

LISA HAMILTON,

    PLAINTIFF,

VS.          CASE NO.: 6:04-CV-636-ORL-28-JGG

The Florida Department of Education/
Vocational Rehabilitation Services,
Judy Whitaker, David Givens,
Dr. Leonard Skizynski, Joyce A. Wells,
And David Bogert

## OBJECTION TO SUBMISSION OF DEFENDANT LEONARD SKIZYNSKI'S MOTION TO DISMISS

The Defendant Dr. Leonard Skizynski's Counsel – The Health Law Firm – tried to perpetuate a fraud against this Court and Plaintiff Lisa Hamilton by certifying certificate of service as June 21st, 2004 via U.S. postage prepaid to Lisa Hamilton while being cognizant that they were in violation of the Court ordered deadline to provide an answer. Defendant's Leonard Skizynski's submission of motion to dismiss is date stamped RECEIVED by the Clerk of Court 11:25 AM 6/22/04 subsequent to my appearance at the same Court that day.

The sole documents received by Plaintiff on June 21st, 2004 and docketed

28

by the Clerk of Court 6/21/04 were:

1. Notice of Appearance

2. Notice of Pendency of Other Actions

3. Interested Persons and Corporate Disclosure Statement

Please review "Via Federal Express Overnight Delivery" assertion to Ms. Sheryl Loesch dated June 21, 2004 from George F. Indest III.

Plaintifff has postmarked envelope by U.S. Postal Service stamped 6/22 which included Defendant's motions to dismiss - same date as it being received by the Court.

I "pray" that you invalidate Defendant's submission and shut down shop and render a default judgement.

*[signature]*
LISA HAMILTON
4470 Scenic Lake Dr.
Orlando, FL 32808