**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**



LISA HAMILTON,

        Plaintiff,

-vs-                                          Case No. 6:04-cv-636-Orl-28JGG

FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES, et al,

        Defendants.
_____

### ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendants **Florida Department of Education/Vocational Rehabilitation Services, Judy Whitaker and David Givens** in Orlando, Florida on this _28_ day of June, 2004.

                                                        SHERYL L. LOESCH, CLERK

                                                        By: J. McClung, Deputy Clerk

Copies furnished to:

Counsel of Record
Any Unrepresented Party

F I L E   C O P Y

Date Printed: 06/28/2004

Notice sent to:


Lisa Hamilton
4470 Scenic Lake Dr.
Orlando, FL  32808

   6:04-cv-00636     jrm

___  Michael R. Jackson, Esq.
Conroy, Simberg, Ganon, Krevans & Abel, P.A.
Two S. Orange Ave., Suite 300
Orlando, FL  32801

   6:04-cv-00636     jrm

___  George F. Indest III, Esq.
The Health Law Firm
CenterPointe Two, Suite 2030
220 East Central Parkway
Altamonte Springs, FL  32701

   6:04-cv-00636     jrm

___  Jason Lewis Harr, Esq.
The Health Law Firm
CenterPointe Two, Suite 2030
220 East Central Parkway
Altamonte Springs, FL  32701

   6:04-cv-00636     jrm

___  John L. Morrow, Esq.
Conroy, Simberg, Ganon, Krevans & Abel, P.A.
Two S. Orange Ave., Suite 300
Orlando, FL  32801

   6:04-cv-00636     jrm