UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

    Plaintiff,

vs.                              CASE NO.: 6:04-CV-636-ORL-28-JGG

FLORIDA DEPARTMENT OF EDUCATION/
VOCATIONAL REHABILITATION
SERVICES; JUDY WHITAKER; DAVID
GIVENS; JOYCE A. WELLS; DR. LEONARD
SKIZYNSKI and DAVID BOGERT,

    Defendants.
_____/

## DEFENDANT DR. SKIZYNSKI'S MEMORANDUM OF LAW

## IN SUPPORT OF HIS OPPOSITION TO

## PLAINTIFF'S APPLICATION FOR DEFAULT

## AND MOTION TO STRIKE

Defendant, Dr. Leonard Skizynski, by and through his undersigned attorneys, files this Memorandum of Law in Support of his Opposition and Motion to Strike Plaintiff's Application for Default, pursuant to Local Rule 3.01, Rules of the United States District Court, Middle District of Florida, and states as follows:

**I.**     **FACTS**

On June 1, 2004, Defendant Dr. Leonard Skizynski (referred to herein as "Dr. Skyzynski") was served by U.S. Marshall with Plaintiff Lisa Hamilton's (referred to herein

as "Ms. Hamilton") Amended Complaint. See Exhibit "A".

Under Rule 12(a), Federal Rules of Civil Procedure, Defendant Dr. Skizynski had twenty days to file a response to the Plaintiff's Amended Complaint.

On June 21, 2004, Defendant Dr. Skyzynski served a Motion to Dismiss the Plaintiff's Amended Complaint (referred to herein as "Motion to Dismiss") on pro se Plaintiff Ms. Hamilton. See Certificate of Service, Exhibit "B".

The Clerk of Court's civil docket for this case indicates that Defendant Dr. Skizynski's Motion to Dismiss was received and filed by the Clerk of Court and docketed on June 22, 2004.

On the same day, June 22, 2004, Plaintiff Ms. Hamilton improperly filed a Motion for Default titled "Application for Default" stating as grounds that none of the defendants complied with the time requirements for filing a response to the Amended Complaint. The grounds stated by Ms. Hamilton were false and her "Application" was improper.

## II. LEGAL ANALYSIS

### A. Rule 6(a), Fed.R.Civ.P.

Rule 6(a), Federal Rules of Civil Procedure states: "In computing any period of time prescribed or allowed by these rules, by the local rules of any district court, or by any applicable statute, the day of the act, event, or default from which the designated period of time begins to run shall not be included."

Defendant Dr. Skizynski was served by on June 1, 2004. Under Rule 12(a), Defendant Dr. Skizynski had twenty (20) days commencing on June 2, 2004 to file a response to Plaintiff's Amended Complaint. Plaintiff Ms. Hamilton would not be entitled to a default until June 23, 2004, <u>at the earliest</u>.

### B.     <u>Rule 5(b), Fed.R.Civ.P.</u>

Defendant Dr. Skizynski filed a Motion to Dismiss pursuant to Rule 5(b)(2)(B), Federal Rules of Civil Procedure, by mailing his motion to the pro se Plaintiff's last known address. Service was achieved on the Plaintiff by Dr. Skizynski on June 21, 2004, the day he placed his Motion to Dismiss in the mail.

Rule 5(b), Federal Rules of Civil Procedure states that "Service by mail is accomplished, for purposes of Rule 5, when documents are placed in the hands of the United States Post Office or in a Post Office Box." <u>Theede v. United States Department of Labor, et al.</u>, 172 F.3d 1262, 1266 (10th Cir. 1999); <u>See</u>, <u>Callahan v. Schultz</u>, 783 F.2d 1543, 1546 (11th Cir. 1986).

More specifically, "there is nothing in Rule 5(b) or our case law to indicate that the date of postmark, or the date of receipt, rather than the date of placing it in the mail controls." <u>Greene v. WCI Holdings Corporation</u>, 136 F.3d 313, 315 (2nd Cir. 1988), <u>cert</u>. <u>denied</u>, 525 U.S. 983 (1998); <u>See</u>, <u>United States v. White</u>, 980 F.2d 836, 840 (2nd Cir. 1992). Therefore, service of the Motion to Dismiss was made on June 21, 2004, the date Dr. Skizynski placed

-3-

his motion in the mailbox.

The Application for Default filed by Plaintiff Ms. Hamilton is premature and untimely under both Rule 6(a) and Rule 5(b), Federal Rules of Civil Procedure.

### C.     Rule 3.01

Rule 3.01(a), Rules of the United States District Court for the Middle District, provides: "In making any written motion or other application to the Court for entry of an order of any kind, in civil and criminal cases, the moving party shall file and serve with such motion or application a brief or legal memorandum with citation of authorities in support of the relief requested."

Plaintiff Ms. Hamilton violated Rule 3.01(a) by filing an Application for Default without filing the required brief or legal memorandum to support her position showing that she was legally entitled to an order on her behalf.

Furthermore, Plaintiff Ms. Hamilton in her Application for Default fails to cite to any federal case law or federal rule which entitles her to the relief she claims. A pro se plaintiff is not excused from filing a motion without a required brief or memorandum of law with a motion that requests a certain action be taken against a defendant. Plaintiff Ms. Hamilton must adhere to the rules adopted by this Court.

**D.   Rule 11**

As previously stated in his Motion to Dismiss, Defendant Dr. Skizynski considers that naming him as a Defendant in her Amended Complaint and the subsequent improperly filed "Application for Default" are filings of frivolous, baseless pleadings and documents in violation of Rule 11, Fed.R.Civ.P., and that he may seek the award of his costs and attorney's fees.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. mail, postage prepaid, to: Lisa Hamilton (Pro Se Plaintiff), 4470 Scenic Lake Drive, Orlando, Florida 32808, Michael R. Jackson, Esquire Conroy, Simberg, Ganon, Kervans & Abel, P.A., Two South Orange Avenue, Suite 300, Orlando, Florida 32801 (attorney for Defendant Joyce A. Wells); John L. Morrow, Esquire, (attorney for Defendant David Bogert) Conroy, Simberg, Ganon, Kervans & Abel, P.A., Two South Orange Avenue, Suite 300, Orlando, Florida 32801; Michael Kooi, Esquire (Attorney for Department of Education), Turlington Building, 325 West Gaines Street, Suite 1244, Tallahassee, Florida 32399 on this 25th day of June, 2004.

GEORGE F. INDEST III, ESQUIRE
Florida Bar No.: 382426
**JASON L. HARR, ESQUIRE**

         Florida Bar No.: 0194336
         THE HEALTH LAW FIRM
         220 East Central Parkway
         Suite 2030
         Altamonte Springs, Florida 32701
         Telephone: (407) 331-6620
         Telefax: (407) 331-3030
         **ATTORNEYS FOR DEFENDANT,**
         **DR. LEONARD SKIZYNSKI**

Attachments:
  Exhibit "A" Process Receipt and Return, dated June 1, 2004
  Exhibit "B" Certificate of Service on Motion to Dismiss, dated June 21, 2004

JLH/GFI
S:\256\001\Pleadings\Motion2Strike.Memo.wpd

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

FILED

| | |
|---|---|
| PLAINTIFF: Lisa Hamilton | COURT CASE NUMBER: 6:04-CV636 |
| DEFENDANT: Dr. Leonard J. Skrzynski | TYPE OF PROCESS: |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Leonard John Skrzynski
ORLANDO, FLORIDA 34744

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 633 Adriane Park Circle, Kissimmee FL

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Lisa Hamilton
4470 Scenic Lake Drive
Orlando, FL 32808

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Comprehensive Behavioral Health
3359 W. Vine Street #104
Kissimmee, FL 34741

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 321-287-1747
DATE: 5-17-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 18 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk | Date 5-21-04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):

Date of Service: 6/1/04   Time: 11:47 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $15.00 | — | | $15.00 | | |

REMARKS: 5-21-04: Service is requested

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   M-285 (Rev. 12/15/80)

EXHIBIT "A"

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. mail, postage prepaid, to: Lisa Hamilton (Pro Se Plaintiff), 4470 Scenic Lake Drive, Orlando, Florida 32808, on this  21st  day of June, 2004. As Plaintiff has failed to completely identify the other Defendants sued, or to provide their addresses or residences, it is not possible to serve copies of this Motion on them. They will be provided a copy of this Motion when their addresses are known or when their attorneys file an appearance.

/s/ George F. Indest III
_____
**GEORGE F. INDEST III, ESQUIRE**
Florida Bar No.: 382426
Board Certified in Health Care Law
**JASON L. HARR, ESQUIRE**
Florida Bar No.: 0194336
THE HEALTH LAW FIRM
220 East Central Parkway
Suite 2030
Altamonte Springs, Florida 32701
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR DEFENDANT,
DR. LEONARD SKIZYNSKI**

GFI/JLH:lb
S:\256\001\Pleadings\Dismiss-1.MOT.wpd


EXHIBIT "B"