UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LISA HAMILTON,

    Plaintiff,

vs.                    CASE NO.: 6:04-CV636-ORL-28- JGG

THE FLORIDA DEPARTMENT OF
EDUCATION, DIVISION OF
VOCATIONAL REHABILITATION,

    Defendant.

_____/

## SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF DEFENDANT DEPARTMENT OF EDUCATION, WHITTAKER, AND GIVENS' MOTION TO DISMISS

COMES NOW, Defendants, Department of Education, Judith Whittaker and David Givens, by and through their undersigned counsel, and files the attached Supplemental Affidavit in Support of their Motion to Dismiss.

Respectfully submitted,

**MICHAEL D. KOOI**
Assistant General Counsel
Florida Bar No. 0089710
**ELANA J. JONES**
Assistant General Counsel
Florida Bar No. 0078999
Florida Department of Education
325 W. Gaines Street, Suite 1244
Tallahassee, Florida 32399-0400
Telephone No.: (850) 245-0442
Facsimile No.: (850) 245-9379

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by Federal Express, to Lisa Hamilton, 4470 Scenic Lake Drive, Orlando, Florida 32808, on this **29th** day of **June**, 2004.

_____
**MICHAEL D. KOOI**
Assistant General Counsel

STATE OF FLORIDA    )
COUNTY OF ORANGE    )

## AFFIDAVIT

**DAVID GIVENS**, being duly sworn, states as follows:

1. I am David Givens, and I am a Region Supervisor with the Department of Education, Division of Vocational Rehabilitation.

2. I was served with a summons by a United States Marshal concerning civil case number 6:04-CV636-ORL-28JGG (Lisa Hamilton v. David Givens) dated May 21, 2004 on June 1, 2004

3. The United States Marshal also gave me the summons of Judith Whitaker in the above-referenced case to give to Ms. Whittaker on June 1, 2004. Ms. Whitaker was out of the office on June 1, 2004.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
DAVID GIVENS

Sworn to and subscribed before me this 28 day June, 2004.

_____
(Signature of Notary Public, State of Florida)

KIM HOLMAN
MY COMMISSION # DD 119397
EXPIRES: May 31, 2006
1-800-3-NOTARY  FL Notary Service & Bonding, Inc.

Print, type or stamp commissioned name of Notary Public

Commission No. _____  My Commission Expires: _____
Personally Known  XX  or  Produced Identification _____ (Check One)
Type of Identification Produced: _____

STATE OF FLORIDA     )
COUNTY OF ORANGE     )

## AFFIDAVIT

**JUDITH WHITAKER,** being duly sworn, states as follows:

1. I am Judith Whitaker, and I am a vocational rehabilitation counselor with the Department of Education, Division of Vocational Rehabilitation.

2. On June 2, 2004, I received a summons in a civil case concerning civil case number 6:04-CV636-ORL-28JGG (Lisa Hamilton v. David Givens) dated May 21, 2004, from my supervisor, David Givens.

3. I was never personally served this with this summons by a United States Marshal or any other individual qualified to render service of process.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
JUDITH WHITAKER

Sworn to and subscribed before me this 28 day June, 2004.

_____
(Signature of Notary Public, State of Florida)

KIM HOLMAN
MY COMMISSION # DD 119397
EXPIRES: May 31, 2006
1-800-3-NOTARY FL Notary Service & Bonding, Inc.

Print, type or stamp commissioned name of Notary Public

Commission No. _____ My Commission Expires: _____
Personally Known XX or Produced Identification _____ (Check One)
Type of Identification Produced: _____