FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

04 JUL -8 AM 11: 13

CLERK...
MIDDLE DIS... ... FLORIDA
ORLAND... FLORIDA

LISA HAMILTON,

      Plaintiff,

vs.   CASE NO.: 6:04-CV636-ORL-28- JGG

THE FLORIDA DEPARTMENT OF
EDUCATION, DIVISION OF
VOCATIONAL REHABILITATION,

      Defendant.

_____/

**CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's order on Interested Persons And Corporate Disclosure Statement:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, patent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    1. **The Florida Department of Education**
    2. **David Givens (Associate of Department of Education)**
    3. **Judith Whitaker (Associate of Department of Education)**

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **\*None Known**

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**\*Not applicable**

4. the name of each victim (individual and corporate), including every person who may be entitled to restitution:

**\*Not applicable**

5. Check one of the following:

_X_a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

**-or-**

_____b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

DATED THIS 7TH DAY OF JULY, 2004

**MICHAEL D. KOOI**
Assistant General Counsel
Florida Bar No. 0089710
**ELANA J. JONES**
Assistant General Counsel
Florida Bar No. 0078999
Florida Department of Education
325 W. Gaines Street, Suite 1244
Tallahassee, Florida 32399-0400
Telephone No.: (850) 245-0442
Facsimile No.: (850) 245-9379

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail to Lisa Hamilton, 4470 Scenic Lake Drive, Orlando, Florida 32808, on this 7th day of **July**, 2004.

_____
**MICHAEL D. KOOI**
Assistant General Counsel