FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

04 JUL 19 AM 8: 37

CLERK,
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LISA HAMILTON,

        Plaintiff,

vs.                                CASE NO.: 6:04-CV636-ORL-28 JGG

THE FLORIDA DEPARTMENT OF
EDUCATION, DIVISION OF
VOCATIONAL REHABILITATION et al.,

        Defendants

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT OR, IN THE ALTERNATIVE, MOTION TO STRIKE

    The Defendants, Department of Education, Division of Vocational Rehabilitation (Division), by and through its undersigned counsel, and on behalf of its employees, Judith Whitaker and David Givens, in their official and individual capacities, hereby respond to the Plaintiff's Motion for Default Judgment Against the Department of Education, Judith Whitaker and David Givens or, in the alternative, Motion to Strike and states as follows:

    1.    On June 22, 2004, Plaintiff Lisa Hamilton filed an Application for Default against Defendants David Givens, Judith Whitaker, Joyce A. Wells, Leonard Skizynski, and David Bogert.

    2.    On June 28, 2004, an entry of default was mistakenly issued against Defendants Department of Education, Judith Whitaker, and David Givens.

3. On July 6, 2004, the Defendant Department of Education filed on its own behalf, and on behalf of its employees Defendants Judith Whitaker and David Givens, a Motion to Set Aside the June 28, 2004 Entry of Default.

4. On July 9, 2004, before this Court ruled on defendants' Motion to Set Aside Default, the *pro se* Plaintiff filed a second Motion For Default Judgment Against the Florida Department of Education/Division of Vocational Rehabilitation, Judith Whitaker, David Givens and Leonard Skizynski.

5. Plaintiff's filing of the second Motion for Default is duplicative, impertinent, and inappropriate as the default has not yet been lifted. Defendants incorporate by reference their Motion to Set Aside Entry of Default with its accompanying Memorandum of Law filed on July 6, 2004 with the United States District Court, Middle District, which sets out Defendants' argument in favor of lifting the default.

**WHEREFORE**, Defendants, the Florida Department of Education, David Givens, and Judith Whitaker, in their official and individual capacities, respectfully request that this Honorable Court deny Plaintiff's second Motion for Default Judgment or, in the alternative, strike it, lift the default, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

_____
**JASON K. FUDGE**
Assistant General Counsel
Florida Bar No. 0163678
**MICHAEL D. KOOI**
Assistant General Counsel
Florida Bar No. 0089710

2

ELANA J. JONES
Assistant General Counsel
Florida Bar No. 0078999
**FLORIDA DEPARTMENT OF EDUCATION**
325 W. Gaines Street, Suite 1244
Tallahassee, Florida 32399-0400
Telephone No.: (850) 245-0442
Facsimile No.: (850) 245-9379

**ATTORNEYS FOR DEFENDANTS.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail, to Lisa Hamilton, 4470 Scenic Lake Drive, Orlando, Florida 32808, and George F. Indest, III, Esquire, The Health Law Firm, CenterPoint Two, 220 East Central Parkway, Suite 2030, Altamonte Springs, Florida 32701, and Michael R. Jackson, Esquire, and John L. Morrow, Esquire, Conroy, Simberg, Canon, Krevans & Abel, P.A., Two S. Orange Avenue, Suite 300, Orlando, Florida 32801 this _17th_ day of **July**, 2004.

_____
**JASON K. FUDGE**
Assistant General Counsel