**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LISA HAMILTON,

           Plaintiff,

-vs-                                  Case No. 6:04-cv-636-Orl-28JGG

FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES, et al,

           Defendants.

## ORDER

The Court having considered Plaintiff's Objection to the Magistrate Judge's Order (Doc. No. 50) and Defendant's Response to Plaintiff's Notice of Objection to Magistrate Judge's Order (Doc. No. 52), the Court finds the Magistrate Judge's Order (Doc. No. 48) to be correct and not erroneous. Plaintiff's Objection is therefore **OVERRULED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _14_ day of September, 2004.

                                                JOHN ANTOON II
                                               United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party