UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

          Plaintiff,

-vs-                                           Case No. 6:04-cv-636-Orl-28JGG

FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES, et al,

          Defendants.

## ORDER

The Court having considered Plaintiff's Objection to Magistrate Judge's Order Docket 57 (Doc. No. 58), the Court finds the Magistrate Judge's Order (Doc. No. 57) to be correct and not erroneous. Plaintiff's Objection is therefore **OVERRULED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of October, 2004.

                                                   JOHN ANTOON II
                                                   United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party