# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LISA HAMILTON,

        Plaintiff,

-vs-                                        Case No. 6:04-cv-636-Orl-28JGG

FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES, et al,

        Defendants.

## ORDER

The United States Magistrate Judge has submitted a report recommending that the Motion by Defendant David Bogert to Dismiss Complaint (Doc. No. 18) be granted, the Motion by Defendant Joyce A. Wells to Dismiss Complaint (Doc. No. 20) be granted and the Motion for More Definite Statement and Motion to Strike (Doc. No. 20) be denied as moot, the Motion by Defendant Leonard Skizynski to Dismiss Complaint (Doc. No. 26) be granted, and the Motion by Defendants Florida Department of Education, Judy Whitaker, and David Givens to Dismiss Complaint (Doc. No. 30) be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 16, 2004 (Doc. No. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   The Motion by Defendant David Bogert to Dismiss Complaint (Doc. No. 18) is **GRANTED**.

3.   The Motion by Defendant Joyce A. Wells to Dismiss Complaint (Doc. No. 20) is **GRANTED** and the Motion for More Definite Statement and Motion to Strike (Doc. No. 20) are **DENIED as moot**.

4.   The Motion by Defendant Leonard Skizynski to Dismiss Complaint (Doc. No. 26) is **GRANTED**.

5.   The Motion by Defendants Florida Department of Education, Judy Whitaker, and David Givens to Dismiss Complaint (Doc. No. 30) is **GRANTED**.

6.   The Court grants Plaintiff leave to file, within twenty (20) days of this Order, a Second Amended Complaint in that cures the deficiencies outlined in the Magistrate Judge's Report and Recommendation (Doc. No. 54).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15 day of October, 2004.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party