UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON

CASE NO. 6:04-CV-636-ORL-28JG

Plaintiff

v.

FILED
04 NOV 16 AM 9:19
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

The Florida Department of Education/
Division of Vocational Rehabilitation,
Judy Whitaker,David Givens,Joyce A. Wells,
David Bogert and Dr. Leonard Skizynski

Defendants

## **APPLICATION FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT DR. LEONARD SKIZYNSKI**

The Presiding Judge John Antoon II entered Docket ( 61) on October 15, 2004 granting Plaintiff leave to file a Second Amended Complaint within 20 Days of entry of the Order Docket (61). The Plaintiff mailed the Defendant Dr. Leonard Skizynski through his Counsel - The Health Law Firm - by Certified Mail receipt requested on November 1, 2004 a Court stamped copy of the Plaintiff's Second Amended Complaint **(see Exhibit A )**. The Defendant Leonard Skizynski and his Counsel - The Health Law Firm - received and signed for this Second Amended Complaint on November 2, 2004 (see Exhibit B). Federal rules of Civil Procedure 6(e) adds 3 days to the computation of time when service is by mail giving Defendant Dr. Leoonard Skizynski's Counsel 13 days to respond. Federal Rules of Civil Procedure 6(a) states the day of the act, event, or default from which the designated period of time begins to run shall not be included so the Defendant Leonard Skizynski - **by show of Exhibit B** - the clock started to run on the next day November 3, 2004. Federal rules of Civil Procedure 15 (a) states within 10 days after service of the Second amended pleading a Defendant must plead or respond to the Complaint. The

Defendant Leonard Skizynski did not plead or answer to the Plaintiff's Second Amended Complaint by 5:00 PM, close of business day November 15, 2004 - the 13th day. This failure to respond makes the Defendant Dr. Leonard Skizynski in Default in these proceedings. As required by 50 U.S.C Section 520 the Plaintiff makes the statement that the Defendant is not in the Military, the Defendant is not a Juvenile and the Defendant is not incompetent. Pursuant to Federal Rules of Civil Procedure 55 the Plaintiff seeks Clerk's entry of Default against Defendant Dr. Leonard Skizynski this 16th Day of November 2004.

**I certify that copies have been certified mailed to all parties involved on this day November 16,**

**2004.**

Dr. Leonard Skizynski
THE HEALTH LAW FIRM
220 East Central Parkway
Suite 2030
Altamonte Springs, Florida 32701

The Florida Department of Education, Division of Vocational Rehabilitation Services /
Judy Whitaker / David Givens
325 West Gains Street, Suite 1244
Tallahassee, Florida 32399

Joyce A. Wells/ David Bogert
CONROY, SIMBERG, GANON
KREVANS & ABEL, P.A.
Two South Orange Avenue
Suite 300
Orlando, Florida 32801

**Sincerely,**

**Lisa Hamilton**

Exhibit A.

7004 1160 0003 1783 1574

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ALTAMONTE SPRINGS FL 32701

| | | |
|---|---|---|
| Postage | $ $1.29 | |
| Certified Fee | $2.30 | |
| Return Reciept Fee (Endorsement Required) | $1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.34 | |

LOCKHART BR ORLANDO FL 27 NOV - 1 2004 11/01/2004 USPS - 32810

Sent To: Health Law Firm
Street, Apt. No.; or PO Box No.: 220 East Central Parkway
City, State, ZIP+4: Altamonte Springs FL 32701

PS Form 3800, June 2002 — See Reverse for Instructions

Exhibit B.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Health Law Firm
220 East Central Parkway
Altamonte Springs, FL
32701

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X K Geus
☑ Agent
☐ Addressee

B. Received by (*Printed Name*) K Geus

C. Date of Delivery 11/2/04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 1160 0003 1783 1574

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540