UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

04 NOV 17 AM 9:35

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LISA HAMILTON                                    CASE NO. 6:04-CV-636-ORL-28JG

    Plaintiff

v.

The Florida Department of Education/
Division of Vocational Rehabilitation,
Judy Whitaker, David Givens, Joyce A. Wells,
David Bogert and Dr. Leonard Skizynski

    Defendants

### APPLICATION FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANTS The Florida Department of Education/Division of Vocational Rehabilitation Services, Judy Whitaker And David Givens

The Presiding Judge John Antoon II entered Docket (61) on October 15, 2004 granting Plaintiff leave to file a Second Amended Complaint within 20 Days of entry of the Order Docket (61). The Plaintiff mailed the Defendants The Florida Department of Education/Division of Vocational Rehabilitation Services, Judy Whitaker and David Givens by Certified Mail receipt requested on November 1, 2004 a Court stamped copy of the Plaintiff's Second Amended Complaint **(see Exhibit A )**. The Defendants The Florida Department of Education/Division of Vocational Rehabilitation Services, Judy Whitaker and David Givens - received and signed for this Second Amended Complaint on November 3, 2004 (see Exhibit B). Federal rules of Civil Procedure 6(e) adds 3 days to the computation of time when service is by mail giving Defendants The Florida Department of Education/Division of Vocational Rehabilitation Services, Judy Whitaker and David Givens 13 days to respond. Federal Rules of Civil Procedure 6(a) states the day of the act, event, or default from which the designated period of time begins to run shall not

be included so the Defendants The Florida Department of Education/Division of Vocational Rehabilitation Services, Judy Whitaker and David Givens - **by show of Exhibit B** - the clock started to run on the next day November 4, 2004. Federal rules of Civil Procedure 15 (a) states within 10 days after service of the Second amended pleading a Defendant must plead or respond to the Complaint. The Defendants The Florida Department of Education/Division of Vocational Rehabilitation Services, Judy Whitaker and David Givens did not plead or answer to the Plaintiff's Second Amended Complaint by 5:00 PM close of business day November 16, 2004 - the 13th day. This failure to respond makes the Defendants The Florida Department of Education/Division of Vocational Rehabilitation Services, Judy Whitaker and David Givens in Default in these proceedings. As required by 50 U.S.C Section 520 the Plaintiff makes the statement that the Defendants are not in the Military, the Defendants are not a Juvenile and the Defendants are not incompetent. Pursuant to Federal Rules of Civil Procedure 55 the Plaintiff seeks Clerk's entry of Default against Defendants The Florida Department of Education/Division of Vocational Rehabilitation Services, Judy Whitaker and David Givens this 17th Day of November 2004.

**I certify that copies have been certified mailed to all parties involved on this day November 17, 2004.**

Dr. Leonard Skizynski
THE HEALTH LAW FIRM
220 East Central Parkway
Suite 2030
Altamonte Springs, Florida 32701

The Florida Department of Education, Division of Vocational Rehabilitation Services / Judy Whitaker / David Givens
325 West Gains Street, Suite 1244
Tallahassee, Florida 32399

Joyce A. Wells/ David Bogert
CONROY, SIMBERG, GANON
KREVANS & ABEL, P.A.
Two South Orange Avenue
Suite 300
Orlando, Florida 32801

Sincerely,

Lisa Hamilton

EXHIBIT A.



EXHIBIT B.

Front

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Florida Dept of Education/Division VR
325 West Gaines St.
suit 1244
Tallahasse, FL 32399

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Room B1-34
   325 West Gaines Street
   Tallahassee, Florida 32399-0400
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 1783 1598

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Back

UNITED STATES POSTAL SERVICE

[Postmark: TALLAHASSEE FL, PM 03]

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Lisa Hamilton
4402 Dunwoody Place
Orlando, FL 32808

35