UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

    Plaintiff,

vs.                                    CASE NO.: 6:04-cv-636-orl-28-JGG

THE FLORIDA DEPARTMENT OF
EDUCATION, DIVISION OF
VOCATIONAL REHABILITATION,
JUDY WHITAKER, DAVID GIVENS,
JOYCE A. WELLS, DAVID BOGERT,
and DR. LEONARD SKIZYNSKI,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

Robert D. Keough, Esquire, John E. DuBose, Jr., Esquire, and the law firm of Keough & DuBose, P.A. hereby appear in this action as co-counsel of record for Defendants, THE FLORIDA DEPARTMENT OF EDUCATION, DIVISION OF VOCATIONAL REHABILITATION, JUDY WHITAKER, and DAVID GIVENS. Said Defendants specifically reserve any and all objections they may have to subject matter jurisdiction, personal jurisdiction, venue, sufficiency of process and sufficiency of service of process. All pleadings and other papers touching upon this matter should be served on said attorneys at the address given below.

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished by U.S. Mail to: Lisa Hamilton, 4470 Scenic Lake Drive, Orlando, Florida 32808; Michael D. Kooi, Esquire and Elana J. Jones, Esquire, Assistant General Counsel, 325 W. Gaines Street, Suite 1244, Tallahassee, Florida 32399; George F. Indest, III, Esquire and Jaosn L. Harr, Esquire, The

Health Law Firm, 220 E. Central Parkway, Suite 2030, Altamonte Springs, Florida 32701;

Conroy, Simberg, Ganon, Krevans, & Abel, P.A., 2 South Orange Avenue, Suite 300, Orlando, Florida 32801 on this 19th day of November, 2004.

ROBERT D. KEOUGH, ESQUIRE
FL Bar No.: 321583
JOHN E. DuBOSE, JR., ESQUIRE
FL Bar No.: 752037
KEOUGH & DuBOSE, P.A.
514 E. Colonial Drive
P.O. Box 1609
Orlando, Florida 32802-1609
(407) 849-5050
(407) 849-6588 fax
Attorneys for THE FLORIDA DEPARTMENT OF EDUCATION, DIVISION OF VOCATIONAL REHABILITATION, JUDY WHITAKER, DAVID GIVENS