UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

LISA HAMILTON

CASE NO. 6:04-CV-636-ORL-28JG

Plaintiff

04 NOV 19 PM 2:08

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

v.

The Florida Department of Education/
Division of Vocational Rehabilitation,
Judy Whitaker,David Givens,Joyce A. Wells,
David Bogert and Dr. Leonard Skizynski

Defendants

### PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS THE FLORIDA DEPARTMENT OF EDUCATION/DIVISION OF VOCATIONAL REHABILITATION, JUDY WHITAKER, DAVID GIVENS AND LEONARD SKIZYNSKI

Comes now Plaintiff Lisa Hamilton to ask that this Court enter Default Judgement in favor of

the Plaintiff. In support of Plaintiff's motion, Plaintiff states as follows:

1.) On November 2, 2004 the Defendant Leonard Skizynski through his Counsel The Health

Law Firm was served with Plaintiff's Second Amended Complaint by Certified mail.

2.) The Defendant Leonard Skizynski pursuant to Federal rules of Civil Procedure 15(a) within

10 Days after service of the Plaintiff's Second Amended Complaint the Defendant must plead or

respond to the Complaint.

3.) Federal rules of Civil Procedure 6(e) adds 3 Days to the time proscribed which gave the

Defendant Leonard Skizynski 13 Days to respond making the day to start counting to the

deadline November 3, 2004 and the last day to respond would have been  November 15, 2004.

4.) The Defendant Leonard Skizynski was in Default previously in these proceedings and

was released by the Magistrate Judge James Glazebrook. To allow this to happen a second time is deliberate delay knowing the Court favors a Judgement on the merits. The Plaintiff has proven by the preponderance of the evidence her averments against the Defendant Leonard Skizynski in the pleadings thus far and not one Defendant including Leonard Skizynski has submitted anything to the contrary because they can not because Plaintiff's pleadings are all true.

5.) Because the Defendant Leonard Skizynski has failed to respond to the pleading within time allotted by law, Plaintiff is entitled to Default Judgement against the Defendant Leonard Skizynski WHEREFORE Plaintiff prays for the Court for an Order for Default Judgement in the Plaintiff's favor for $29,000,000.00 plus treble damages and that the order will be made **Jointly and Severally** as to apportionment of Liability and any other relief the court finds just and equitable.

Comes now Plaintiff Lisa Hamilton to ask that this Court enter Default Judgement in favor of the Plaintiff. In support of Plaintiff's motion, Plaintiff states as follows:

1.) On November 3, 2004 the Defendant The Florida Department of Education/Division of Vocational Rehabilitation Services, Defendant Judy Whitaker and Defendant David Givens were served with Plaintiff's Second Amended Complaint by Certified mail.

2.) The Defendant Florida Department of Education/Division of Vocational Rehabilitation Services, Defendant Judy Whitaker and Defendant David Givens pursuant to Federal rules of Civil Procedure 15(a) had within 10 Days after service of the Plaintiff's Second Amended Complaint to plead or respond to the Complaint.

3.) Federal rules of Civil Procedure 6(e) adds 3 Days to the time proscribed which gave the Defendant The Florida Department of Education/Division of Vocational Rehabilitation Services, Defendant Judy Whitaker and Defendant David Givens 13 Days to respond making the day to start counting to the deadline November 4, 2004 and the last day to respond would have been November 16, 2004.

4.) The Defendant The Florida Department of Education/Division of Vocational Rehabilitation

Services, Defendant Judy Whitaker and Defendant David Givens were in Default previously in these proceedings and was released by the Magistrate Judge James Glazebrook. To allow this to happen a second time is deliberate delay knowing the Court favors a Judgement on the merits. The Plaintiff has proven by the preponderance of the evidence her averments against the Defendants The Florida Department of Education/Division of Vocational Rehabilitation Services, Defendant Judy Whitaker and Defendant David Givens in the pleadings thus far and not one Defendant including The Florida Department of Education/Division of Vocational Rehabilitation Services, Defendant Judy Whitaker and Defendant David Givens has submitted anything to the contrary because they can not because Plaintiff's pleadings are all true.

5.) Because the Defendants Florida Department of Education/Division of Vocational Rehabilitation Services, Judy Whitaker and David Givens have failed to respond to the pleading within the time allotted by law, Plaintiff is entitled to Default Judgement against the Defendants The Florida Department of Education/Division of Vocational Rehabilitation Services, Defendant Judy Whitaker and Defendant David Givens WHEREFORE Plaintiff prays for the Court for an Order for Default Judgement in the Plaintiff's favor for $29,000,000.00 plus treble damages and that the order will be made **Jointly and Severally** as to apportionment of Liability and any other relief the Court finds just and equitable.

**I certify that copies have been mailed to all parties involved on this day**

**November 19, 2004.**

Dr. Leonard Skizynski
THE HEALTH LAW FIRM
220 East Central Parkway
Suite 2030
Altamonte Springs, Florida 32701

The Florida Department of Education, Division of Vocational Rehabilitation
Services/Judy Whitaker/
David Givens

325 West Gains Street, Suite 1244
Tallahassee, Florida 32399


Joyce A. Wells/ David Bogert
CONROY, SIMBERG, GANON
KREVANS & ABEL, P.A.
Two South Orange Avenue
Suite 300
Orlando, Florida 32801

Sincerely,


Lisa Hamilton