UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

    Plaintiff,                      CASE NO.:  6:04-cv-636-orl-28-JGG

vs.

THE FLORIDA DEPARTMENT OF
EDUCATION, DIVISION OF
VOCATIONAL REHABILITATION,
JUDY WHITAKER, DAVID GIVENS,
JOYCE A. WELLS, DAVID BOGERT,
and DR. LEONARD SKIZYNSKI,

    Defendants.

_____/

## NOTICE OF FILING

COME NOW Defendants, THE FLORIDA DEPARTMENT OF EDUCATION, DIVISION OF VOCATIONAL REHABILITATION, JUDY WHITAKER, and DAVID GIVENS, by and through their undersigned attorneys, and hereby give notice that they are filing in this cause the following:

    1)     **AFFIDAVIT OF DAVID L. GIVENS**

This affidavit is being filed for hearings and other matters.

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished by U.S. Mail to: Lisa Hamilton, 4470 Scenic Lake Drive, Orlando, Florida 32808; Michael D. Kooi, Esquire and Elana J. Jones, Esquire, Assistant General Counsel, 325 W. Gaines Street, Suite 1244, Tallahassee, Florida 32399; George F. Indest, III, Esquire and Jaosn L. Harr, Esquire, The Health Law Firm, 220 E. Central Parkway, Suite 2030, Altamonte Springs, Florida 32701; Conroy, Simberg, Ganon, Krevans, & Abel, P.A., 2 South Orange Avenue, Suite 300, Orlando, Florida 32801 on this 22nd day of December, 2004.

s/ John E. DuBose, Jr.
ROBERT D. KEOUGH, ESQUIRE
FL Bar No.: 321583
JOHN E. DuBOSE, JR., ESQUIRE
FL Bar No.: 752037
KEOUGH & DuBOSE, P.A.
514 E. Colonial Drive
P.O. Box 1609
Orlando, Florida 32802-1609
(407) 849-5050
407) 849-6588 fax
Attorneys for THE FLORIDA DEPARTMENT OF EDUCATION, DIVISION OF VOCATIONAL REHABILITATION, JUDY WHITAKER, DAVID GIVENS