## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority, personally appeared DAVID L.

GIVENS, M.Ed., CRC, NCC, LMHC, who, after being duly sworn according to law, did

testify and depose as follows:

1.     That I am David L. Givens. I am over the age of eighteen years and

competent to testify. I state the matters herein upon personal knowledge and the mattes

stated herein are true.

2.     That I am employed by the Florida Department of Education as a

Supervisor of Vocational Rehabilitation Services and my office address is 3191 Maguire

Boulevard, Suite 246, Orlando, Florida. In my capacity as Supervisor of Vocational

Rehabilitation Services, I am Judy Whitaker's immediate supervisor and I was personally

involved with Lisa Hamilton and Lisa Hamilton's request for vocational rehabilitation

services in 2003. I have reviewed Lisa Hamilton's file and I am familiar with its

contents.

3.     At Lisa Hamilton's first meeting with Judy Whitaker, Lisa Hamilton

outlined her own plan for vocational rehabilitation. Ms. Hamilton wanted to go into the

music publishing business and wanted my office to provide her with

$40,000 to start that business. While my office considers various vocational

rehabilitation services, including self-employment, my office does not authorize the use

of taxpayer monies for self-employment ventures unless such a venture is determined to

be viable. Ms. Hamilton had no experience in the music publishing business. Ms. Hamilton could not read music and had no knowledge or training in music. Judy Whitaker did offer Ms. Hamilton an opportunity to go to school to learn music, but Ms. Hamilton declined this offer.

4.      Following several more meetings with Ms. Hamilton after Ms. Hamilton declined an opportunity to go to school to learn music, I became suspicious that Ms. Hamilton was delusional and I learned that Ms. Hamilton had been treating with a psychiatrist. I requested and received the psychiatrist's records. However, after reviewing those records I believed Ms. Hamilton should undergo a psychological evaluation. A psychological evaluation was performed and the evaluation revealed that Ms. Hamilton would not benefit in terms of employment outcome from the type of vocational rehabilitation she had requested at that time.

5.      After receiving the results of the psychological evaluation, I decided to obtain a second opinion. Therefore I provided the psychological evaluation to another psychologist, David Fleischmann, Ph.D., who reviewed the evaluation and expresses his professional opinion that Ms. Hamilton was presently "too severe (unstable) to benefit from V.R. [vocational rehabilitation] services."

6.      Based on the psychological evaluation and the opinions of the psychological professionals involved, it was determined that Ms. Hamilton would not benefit from vocational rehabilitation services and her request for $40,000 to start a music publishing business was denied.

7.     The decisions made relative to Lisa Hamilton's request for vocational rehabilitation services were not made based on Ms. Hamilton's race. The decisions made relative to Lisa Hamilton's request for vocational rehabilitation services were made solely because it was determined that Lisa Hamilton could not benefit from such services at that time, based on an extended psychological evaluation performed in accordance with law.

8.     Lisa Hamilton has failed to pursue and to exhaust all administrative remedies available to her as a result of the denial of vocational rehabilitation services.

FURTHER AFFIANT SAYETH NAUGHT.

UNDER PENALTIES OF PERJURY I DECLARE THAT I HAVE READ THE FORGOING AFFIDAVIT AND THAT THE STATEMENTS CONTAINED THEREIN ARE TRUE.

DAVID L. GIVENS

SWORN TO and subscribed before me on the 22nd day of December, 2004 by David L. Givens, who is personally known to me or who produced _____ as identification.

JOHN E. DUBOSE JR.
MY COMMISSION # DD290670
EXPIRES: February 15, 2008
FL Notary Discount Assoc. Co.
1-800-3-NOTARY

Notary Public, State of Florida
My Commission Expires: