UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

    Plaintiff,

-vs-                                  Case No. 6:04-cv-636-Orl-28JGG

FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES, JUDY
WHITAKER, DAVID GIVENS, JOYCE A.
WELLS, LEONARD SKIZYNSKI, DAVID
BOGERT,

    Defendants.

---

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANT DR. SKIZYNSKI'S MOTION FOR SANCTIONS, ATTORNEY'S FEES AND COSTS AGAINST PLAINTIFF HAMILTON (Doc. No. 90)** |
| **FILED:** | December 22, 2004 |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice to refile should the district court not close this action.

    On September 16, 2004, the undersigned entered a Report and Recommendation, recommending dismissal of the amended complaint. The Report and Recommendation provided,

> [t]he amended complaint fails to state a claim upon which relief can be granted. See Docket Nos. 18, 20, 26, 30. Without alleging facts showing diversity of citizenship, the amended complaint asserts state-law claims of fraud, slander, negligence, and

malpractice. The amended complaint fails to comply with the pleading requirements of Fed.R.Civ.P. 8 (a)(1)-(2), and fails to allege specific facts that establish a prima facia case of discrimination on the basis of race or disability. In addition, the plaintiff's claims against defendants Whitaker and Givens in their official capacities is barred by the U. S. Constitution, Eleventh Amendment. Finally, the amended complaint fails to allege that plaintiff has exhausted her administrative remedies prior to commencing this action.

Docket No. 54. On October 15, 2004, the Honorable John Antoon II adopted the Report and Recommendation, and granted Plaintiff Lisa Hamilton ["Hamilton"] leave to file a second amended complaint in order to cure the deficiencies described in the Report and Recommendation. Docket No. 61. Hamilton has filed a second amended complaint. Docket No. 62. However, the second amended complaint fails to cure the pleading deficiencies. Defendants have moved to dismiss. Docket Nos. 63, 64, 66, 71. Accordingly, the district court may well dismiss the second amended complaint.

Defendant Skizynski has moved for sanctions (attorney fees and costs and restrictions on filing) for Hamilton's repeated frivolous filing of motions. Docket No. 90. Were a disabled[1] pro se plaintiff to continue to file frivolous motions after a warning, this court would consider such sanctions, as well as the dismissal of the plaintiff's claims. This case, however, is already subject to dismissal on other grounds. Defendant Skizynski's motion for sanctions should be denied without prejudice to refile should the district court not close this case.

Accordingly, it is **RECOMMENDED** that Defendant Skizynski's motion for sanctions [Docket No. 90] be **DENIED** without prejudice to refile should the district court not close this case. It is

---

[1] Plaintiff states that she is disabled due to "panic attacks brought on by childhood open heart surgery and mitral valve prolapse." Docket No. 97 at 4; *see also* Docket No. 86, Exh. 1 at 2, ¶ 4-7.

**FURTHER RECOMMENDED** that, were this case to proceed, the district court order Lisa Hamilton to refrain from filing frivolous motions and other papers — such as Docket Nos. 22, 37, 50, 55, 56, 58, 68, 73, and 97 — and that failure to comply may result in the imposition of sanctions, including dismissal of all claims and the assessment of attorneys fees and costs.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on January 6, 2005.

*[signature]*
USMJ

Copies furnished to:

Honorable John Antoon II
Counsel of Record
Unrepresented Party
Courtroom Deputy