**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LISA HAMILTON,**

        **Plaintiff,**

**-vs-**         **Case No. 6:04-cv-636-Orl-28JGG**

**FLORIDA DEPARTMENT OF**
**EDUCATION/VOCATIONAL**
**REHABILITATION SERVICES, et al,**

        **Defendants.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration of Denial of Plaintiff's Motion for Summary Judgment, Compel Discovery and Hold Evidentiary Hearing (Doc. No. 99, filed January 10, 2005). The Court has reconsidered its Order (Doc. No. 95) denying Plaintiff's Motions for Summary Judgment and find this Order to be correct and not erroneous.

Plaintiff's assertion that the Court should reconsider its Order because it did not have the benefit of considering Plaintiff's Response to Defendants' Objection to Plaintiff's Summary Judgement is incorrect. Local Rule 3.01(b) provides that:

> Each party opposing any written motion or other application shall file and serve, within ten (10) days after being served with such motion or application, a brief or legal memorandum with citation of authorities in opposition to the relief requested. ***No other briefs or legal memoranda directed to any such written motion shall be filed or served by any party unless requested by the Court.***

(emphasis added). The Court did not request a response from Plaintiff.

Accordingly, the Court **GRANTS** Plaintiff's Motion for Reconsideration but **DENIES** the relief requested therein. The Court finds it Order (Doc. No. 95) to be correct and not erroneous. The Court **STRIKES** Plaintiff's Response to Defendants' Objection to Plaintiff's Summary Judgement (Doc. No. 99).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of January, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party