UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

    Plaintiff,

-vs-                                    Case No. 6:04-cv-636-Orl-28JGG

FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES, et al,

    Defendants.

## ORDER

The Court hereby corrects the scrivener's error contained in the Order of January 21, 2005 (Doc. No. 100). In the Order, the Court struck Plaintiff's Response to Defendants' Objection to Plaintiff's Summary Judgment but incorrectly referred to it as Doc. No. 99. Plaintiff's Response to Defendants' Objection to Plaintiff's Summary Judgment is Doc. No. 96. The Clerk of Court should strike Doc. No. 96, not Doc. No. 99.

DONE and ORDERED in Chambers, Orlando, Florida this __24__ day of January, 2005.

                                      JOHN ANTOON II
                                      United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party