FILED

05 JAN 27 AM 11:31

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON

CASE NO. 6:04-CV-636-ORL-28JG

Plaintiff

v.

The Florida Department of Education/
Division of Vocational Rehabilitation,
Judy Whitaker,David Givens,Joyce A. Wells,
David Bogert and Dr. Leonard Skizynski

Defendants

**NOTICE TO THE COURT**

The pro se Plaintiff has recently discovered on January 17, 2005 of the required Case Management Conference that all parties involved must attend and participate. Plaintiff has given best effort to adhere to this local rule 3.05 since learning of this requirement by contacting all of Defendants Counsels seeking to schedule a case management meeting - with only the Attorneys for Defendants Joyce A. Wells and David E. Bogert willing to attend. The Defendants Counsels are all Licensed Attorneys and are fully aware of this local rule 3:05 requirement and failed to act upon this local rule prior to my contact with each of them. The Attorneys in this case have disregarded local rule 3.05 requirement and their inaction has interfered with the Plaintiff's right to have Discovery and Federal Rule 26 disclosure.

The Health Law Firm - Attorneys for Defendant Leonard Skizynski - refuse to participate because they believe the Plaintiff's Second Amended Complaint will be dismissed and any sort of case management conference would be premature and unwarranted (See Exhibit A - Attached Letter mailed to Plaintiff by The Health Law Firm). Plaintiff states Local rule 3.05 C,2(B) clearly mentions: **regardless of the pendency of any undecided motions** for the purpose of preparing

and filing a case management report. The Health Law Firm is intentionally violating Local rule 3.05 C,2(B) and makes it very clear they will not participate until Judge John Antoon II rules on Dr. Skizynski's motion to dismiss - an admitted disregard of the local rule.

The Plaintiff can not force or compel the Health Law Firm's cooperation but this Court can. All Defendants in this case are awaiting an order from Judge John Antoon II dismissing this Civil Rights case on technicalities and Plaintiff is awaiting an order from Judge John Antoon II denying Defendants motions to dismiss and ordering each of them to answer affirmatively. The Plaintiff seeks a ruling on the motion to dismiss but if a required step in the legal process has been intentionally not adhered to upon by the Representing Attorneys and this Court has not issued an "Order To Show Cause" as to why the case management report has not been filed - the Plaintiff has no other option but to request this Court correct this injustice and compel all Attorney involved to participate in a case management conference which will allow Federal Rule 26 disclosure.

**I certify that copies have been certified mailed/return receipt requested to all parties involved on this day January 27, 2005.**

Dr. Leonard Skizynski
THE HEALTH LAW FIRM
220 East Central Parkway
Suite 2030
Altamonte Springs, Florida 32701

The Florida Department of Education, Division of Vocational Rehabilitation Services/Judy Whitaker/
David Givens
325 West Gaines Street, Suite 1244
Tallahassee, Florida 32399

Keough & Dubose, P.A.
514 E. Colonial Drive
P.O. Box 1609
Orlando, FL 32802-1609

Joyce A. Wells/ David Bogert
CONROY, SIMBERG, GANON
KREVANS & ABEL, P.A.
Two South Orange Avenue
Suite 300
Orlando, Florida 32801

**Sincerely,**

**Lisa Hamilton**

EXHIBIT A

GEORGE F. INDEST III
LICENSED IN FLORIDA, LOUISIANA AND THE DISTRICT OF COLUMBIA
BOARD CERTIFIED BY THE FLORIDA BAR IN HEALTH CARE LAW




**THE HEALTH LAW FIRM**
**GEORGE F. INDEST III, P.A.**
MAIN OFFICE
CENTERPOINTE TWO
220 E. CENTRAL PARKWAY
SUITE 2030
ALTAMONTE SPRINGS, FLORIDA 32701
TELEPHONE: (407) 331-6620
TELEFAX: (407) 331-3030
www.thehealthlawfirm.com
www.healthattorneys.com

MICHAEL L. SMITH
LICENSED IN FLORIDA
REGISTERED RESPIRATORY THERAPIST

JASON L. HARR
LICENSED IN FLORIDA
MASTER IN PUBLIC ADMINISTRATION

January 20, 2005

EXHIBIT A

**VIA FEDERAL EXPRESS - OVERNIGHT DELIVERY**

Ms. Lisa Hamilton
4402 Dunwoody Place
Orlando, Florida 32808

**Re: Lisa Hamilton v. Leonard J. Skizynski, Psy.D., et al.**
**Case No.: 6:04-CV-636-ORL-28-JGG;**
**Our File Number 256/001**
**RESPONSE TO TELEPHONE MESSAGE OF JANUARY 20, 2005**

Dear Ms. Hamilton:

This letter is in response to the telephone message you left with my office on this date regarding my availability to participate in a case management conference on either January 24, 2005 or January 26, 2005.

This is to advise you that we believe your Second Amended Complaint will be dismissed. Any sort of case management conference would be premature and unwarranted and require an unnecessary expenditure of my client's money for the legal fees involved. We will not be participating in a case management conference until Judge Antoon rules on Dr. Skizynski's motion to dismiss your Second Amended Complaint.

Sincerely,

**THE HEALTH LAW FIRM**
**GEORGE F. INDEST III, P.A., by:**

**JASON L. HARR**

cc: Leonard J. Skizynski, Psy.D.

S:\256\001\Letters\Hamilton-08.wpd