FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

05 FEB 16 AM 10: 50

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FILE NO:6:04CV636

LISA HAMILTON
  plaintiff

NOTICE OF APPEAL

v.

The Florida Department of Education
Division of Vocational Rehabilitation,
Judy Whitaker, David Givens, Joyce A. Wells,
David Bogert and Dr. Leonard Skizynski
  Defendants

Notice is hereby given that the pro se plaintiff, Lisa Hamilton in the above named case, hereby appeals to the UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT from the final Order Docket (103) dismissing the Pro Se Plaintiff's case against all named defendants entered in this action on the 14th day of February, 2005.

**I certify that copies have been mailed to all parties involved on this day FEBRUARY 16, 2005.**
Dr. Leonard Skizynski
THE HEALTH LAW FIRM
220 East Central Parkway
Suite 2030
Altamonte Springs, Florida 32701

The Florida Department of Education, Division of Vocational Rehabilitation Services/Judy Whitaker/
David Givens
325 West Gains Street, Suite 1244
Tallahassee, Florida 32399

Joyce A. Wells/ David Bogert
CONROY, SIMBERG, GANON
KREVANS & ABEL, P.A.
Two South Orange Avenue
Suite 300
Orlando, Florida 32801

KEOUGH & DUBOSE, P.A.
514 E. COLONIAL DRIVE
P.O. BOX 1609
ORLANDO, FL 32802-1609

Sincerely,

Lisa Hamilton