**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young U.S. Courthouse and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
(407) 835-4200
www.flmd.uscourts.gov

Sheryl L. Loesch  　　　　　　　　　　　　　　　　　　　　　　　　Laura Barsamian
Clerk  　　　　　　　　　　　　　　　　　　　　　　　　　Orlando/Ocala Division Manager

**DATE:**   February 16, 2005

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

**LISA HAMILTON,**

　　　　　　　　**Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:04-cv-636-Orl-28JGG**

**FLORIDA DEPARTMENT OF**
**EDUCATION/VOCATIONAL**
**REHABILITATION SERVICES, et al,**

　　　　　　　　**Defendants.**
_____

**U.S.C.A. Case No.:**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

•　　Honorable John Antoon II, United States District Judge appealed from.

•　　Appeal filing fee was not paid.

•　　Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

　　　　　　　　　　　　　　　SHERYL L. LOESCH, CLERK

　　　　　　　　　　　　　By:　　s/V. Franks, Deputy Clerk

Enclosure(s)