UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

    Plaintiff,

-vs-                                          Case No. 6:04-cv-636-Orl-28JGG

FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES, et al,

    Defendants.

## ORDER

This case is before the Court on Defendant Dr. Skizynski's Motion for Sanctions, Attorney's Fees and Costs (Doc. No. 90) filed December 22, 2004. The United States Magistrate Judge has submitted a report recommending "that Defendant Skizynski's motion for sanctions [Docket No. 90] be **DENIED** without prejudice to refile should the district court not close this case." The Court has entered an Order dismissing Plaintiff's Second Amended Complaint (Doc. No. 103, filed February 14, 2005). Accordingly, it is **ORDERED** as that:

1.    The Report and Recommendation filed January 6, 2005 (Doc. No. 98) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Magistrate Judge recommendation, which is adopted by the Court, stated "that Defendant Skizynski's motion for sanctions [Docket No. 90] be **DENIED** without prejudice to refile should the district court not close this case." Because the Court dismissed

Plaintiff's Second Amended Complaint and closed this case, Defendant Dr. Skizynski's Motion for Sanctions, Attorney's Fees and Costs (Doc. No. 90) is **DENIED as moot.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _16_ day of February, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party