UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

    Plaintiff,                                        CASE NO.:  6:04-cv-636-orl-28-JGG

vs.

THE FLORIDA DEPARTMENT OF
EDUCATION, DIVISION OF
VOCATIONAL REHABILITATION,
JUDY WHITAKER, DAVID GIVENS,
JOYCE A. WELLS, DAVID BOGERT,
and DR. LEONARD SKIZYNSKI,

    Defendants.

_____/

## RESPONSE TO PLAINTIFF'S MOTION TO MODIFY

    COME NOW Defendants, THE FLORIDA DEPARTMENT OF EDUCATION, DIVISION OF VOCATIONAL REHABILITATION, JUDY WHITAKER, and DAVID GIVENS, by and through their undersigned attorneys, and respond to Plaintiff's Motion to Modify as follows:

    1.    In her Motion to Modify, Plaintiff states that the Court incorrectly stated in its Order (Docket 103) that Plaintiff was dissatisfied with the specific type of service she was offered by the Florida Department of Education, Division of Vocational Rehabilitation.  In point of fact, the Court was correct in its factual

statements and properly recited allegations made by Plaintiff in her own Second Amended Complaint.

2. For example, in paragraph 20 of Plaintiff's Second Amended Complaint, Plaintiff alleges that Defendant Judy Whitaker, an employee of the Florida Department of Education, Division of Vocational Rehabilitation (DVR), asked if Plaintiff would be interested in becoming a teacher and suggesting that DVR might assist Plaintiff in that regard. In paragraph 24, Plaintiff clearly asserts that she turned down any offer or suggestion that she pursue vocational rehabilitation to become a teacher and the entire tenor of Plaintiff's Second Amended Complaint indicates that the only form of vocational rehabilitation Plaintiff wanted and would have accepted was cash up front for Plaintiff to start a music publishing business.

3. Given Plaintiff's own allegations, the Court's recitation of the facts in its Order (Docket 103) was eminently correct and Plaintiff's Motion to Modify should be denied.

4. Alternatively, this Court should dismiss Plaintiff's Motion to Modify for lack of subject matter jurisdiction. Plaintiff filed the Motion to Modify on February 18, 2005. ***Two days prior to filing the Motion to Modify, Plaintiff filed her Notice of Appeal***, appealing the Final Judgment to the Eleventh Circuit Court of Appeals. "As a general matter, the filing of a notice of appeal deprives the

district court of jurisdiction over all issues involved in the appeal." *Mahone v. Ray*, 326 F.3d 1176, 1179 (11th Cir. 2003) *citing Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58, 103 S.Ct. 400, 402, 74 L.Ed.2d 225 (1982); *Doe v. Bush*, 261 F.3d 1037, 1064 (11th Cir. 2001).

5. This is not a case where the motion asks this Court to take action in furtherance of the appeal or a case where the motion involves matters collateral to those at issue on appeal. In those limited instances the Court could continue to exercise jurisdiction. *See e.g. Lairsey v. Advance Abrasives, Co.*, 542 F.2d 928, 930 (5th Cir. 1976) and *Doe,* 261 F.3d at 1064 *citing Weaver v. Florida Power & Light Co.*, 172 F.3d 771, 773 (11th Cir. 1999). Plaintiff's Motion to Modify goes directly to the substance of the appeal and involves some of the precise issues on appeal. As such, this Court does not have jurisdiction over the Motion and the Motion should be dismissed.

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished by U.S. Mail to: Lisa Hamilton, 4470 Scenic Lake Drive, Orlando, Florida 32808; Michael D. Kooi, Esquire and Elana J. Jones, Esquire, Assistant General Counsel, 325 W. Gaines Street, Suite 1244, Tallahassee, Florida 32399; George F. Indest, III, Esquire and Jaosn L. Harr, Esquire, The Health Law Firm, 220 E. Central Parkway, Suite 2030, Altamonte Springs, Florida 32701; Conroy,

Simberg, Ganon, Krevans, & Abel, P.A., 2 South Orange Avenue, Suite 300, Orlando, Florida 32801 on this 23rd day of February, 2005.

    /S/ *John E. DuBose, Jr.*
ROBERT D. KEOUGH, ESQUIRE
FL Bar No.: 321583
JOHN E. DuBOSE, JR., ESQUIRE
FL Bar No.: 752037
KEOUGH & DuBOSE, P.A.
514 E. Colonial Drive
P.O. Box 1609
Orlando, Florida 32802-1609
(407) 849-5050
407) 849-6588 fax
Attorneys for THE FLORIDA DEPARTMENT OF EDUCATION, DIVISION OF VOCATIONAL REHABILITATION, JUDY WHITAKER, DAVID GIVENS