FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young U.S. Courthouse and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
(407) 835-4200
www.flmd.uscourts.gov

05 FEB 24 PM 4:11

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

U.S. COURT OF APPEALS
RECEIVED CLERK
FEB 18 2005
ATLANTA, GA.

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando/Ocala Division Manager

**DATE:** February 16, 2005

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**LISA HAMILTON,**

Plaintiff,

-vs-                                                         Case No. 6:04-cv-636-Orl-28JGG

**FLORIDA DEPARTMENT OF EDUCATION/VOCATIONAL REHABILITATION SERVICES, et al,**

Defendants.

---

**U.S.C.A. Case No.:   05-10884DD**

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable John Antoon II, United States District Judge appealed from.

- Appeal filing fee was not paid.   IFP   D/E #3

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

SHERYL L. LOESCH, CLERK

By:   s/V. Franks, Deputy Clerk

Enclosure(s)