UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA HAMILTON,

          Plaintiff,

-vs-                                  Case No. 6:04-cv-636-Orl-28JGG

FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES, et al,

          Defendants.

## ORDER

This cause is before the Court on the following motion:

> **MOTION:**    MOTION TO MODIFY (Doc. No. 108)
>
> **FILED:**       February 18, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this 2nd day of March, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party