# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407-835-4200
www.flmd.uscourts.gov

Sheryl L. Loesch    Laura Barsamian
Clerk    Orlando/Ocala Division Manager

March 23, 2005

**LISA HAMILTON,**

        **Plaintiff,**

**-vs-**    **Case No. 6:04-cv-636-Orl-28JGG**

**FLORIDA DEPARTMENT OF EDUCATION/VOCATIONAL REHABILITATION SERVICES, et al,**

        **Defendants.**
_____

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

**U.S.C.A. Case Number:**    **05-10884-DD**

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

    Complete Record on Appeal:

    •     2     Volume(s) of Pleadings

        SHERYL L. LOESCH, CLERK

        By:     s/V. Franks, Deputy Clerk