UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407-835-4200
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando/Ocala Division Manager

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 28 2005
THOMAS K. KAHN
CLERK

March 23, 2005

LISA HAMILTON,

              Plaintiff,

-vs-                                                Case No. 6:04-cv-636-Orl-28JGG

FLORIDA DEPARTMENT OF EDUCATION/VOCATIONAL REHABILITATION SERVICES, et al,

              Defendants.

---

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

**U.S.C.A. Case Number:**    05-10884-DD

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

        Complete Record on Appeal:

        •    2    Volume(s) of Pleadings

                              SHERYL L. LOESCH, CLERK

                              By:    s/V. Franks, Deputy Clerk