**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LISA HAMILTON,**

     **Plaintiff,**

-vs-             Case No.  6:04-cv-636-Orl-28JGG

**FLORIDA DEPARTMENT OF**
**EDUCATION/VOCATIONAL**
**REHABILITATION SERVICES, et al,**

     **Defendants.**
_____

## ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO VACATE VOID ORDER AND VOID JUDGMENT FOR LACK OF JURISDICTION PER F.R.C.P. 60(B)(4) (Doc. No. 116)** |
| **FILED:** | **November 8, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of November, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party