UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2005 NOV 18 AM 9: 17

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

LISA HAMILTON
Plaintiff

CASE No. 6:04-cv-636-Orl-28JGG

Vs.

FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES, et al,

Defendants

**NOTICE OF APPEAL**

Notice is hereby given that the Pro Se Plaintiff, Lisa Hamilton in the above named

case, hereby Appeals to the UNITED STATES COURT OF APPEALS FOR THE

ELEVENTH CIRCUIT from the Final Order Docket (117) Denying Federal Rule 60(b)4

Relief from a VOID Order and VOID Judgment entered in this action on the 9th day of

November 2005.

1

CERTIFICATE OF SERVICE

I, Lisa Hamilton certify that a true and correct copy of the foregoing notice

of Appeal has been mailed on this 18th day of November 2005 to the following:


Keough & Dubose,
P.A., 514 E
Colonial Drive
Orlando, FL, 32802
c/o Johnny Dubose


The Health Law Firm
220 E. Central Parkway
# 2030
Altamonte Springs, FL, 32701
c/o Georeg Indest III


Conroy, Simberg, Ganon,
Krevans & Abel, P.A.,
3440 Hollywood Blvd.,
Hollywood, FL 33021
c/o ▮▮▮▮▮▮▮▮▮▮▮▮▮

*Hinda Klein*

LISA HAMILTON
44 29 SCENIC LAKE DRIVE
ORLANDO  FLORIDA 32808

2