IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-10884-DD

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 30 2005
THOMAS K. KAHN
CLERK

LISA HAMILTON,

                              Plaintiff-Appellant,

versus

FLORIDA DEPARTMENT OF EDUCATION/VOCATIONAL
REHABILITATION SERVICES,
JUDY WHITAKER,
DAVID GIVENS,
JOYCE A. WELLS,
LEONARD SKIZYNSKI, Dr.,
DAVID BOGERT,

                              Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Georgia

---

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

Before: BARKETT, HULL and WILSON, Circuit Judges.

PER CURIAM:

The Petition(s) for Rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35, Federal Rules of Appellate Procedure), the Petition(s) for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

/s/ Rosemary Barkett
UNITED STATES CIRCUIT JUDGE

ORD-42
(2/05)

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

November 30, 2005

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED
U.S. ATTORNEY'S OFFICE

DEC 0 2 2005

MIDDLE DISTRICT OF FLORIDA
ORLANDO

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 05-10884-DD**
Case Style: Lisa Hamilton v. Florida Dept. of Education
District Court Number: 04-00636 CV-ORL-28JGG

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
2005 DEC -5  AM 10: 44
FILED

The enclosed order has been entered on petition(s) for rehearing.

See Rule 41, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 41-1 for information regarding issuance and stay of mandate.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Debbie Cordell (404) 335-6219

Encl.

REHG-1 (03-2004)