IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 05-16398-CC



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN 23 2006

THOMAS K. KAHN
CLERK

LISA HAMILTON,

          Plaintiff-Appellant,

versus

FLORIDA DEPARTMENT OF
EDUCATION/VOCATIONAL
REHABILITATION SERVICES,
JUDY WHITAKER,
DAVID GIVENS,
JOYCE A. WELLS,
LEONARD SKIZYNSKI, Dr.,
DAVID BOGERT,

          Defendants-Appellees.

6:04 CV 636

-------------------------------
On Appeal from the United States District Court for the
Northern District of Georgia
-------------------------------

**ENTRY OF DISMISSAL**

Pursuant to 11th Cir.R. 42-2(c), this appeal is hereby dismissed for want of prosecution because the Appellant has failed to file appellant's brief and record excerpts within the time fixed by the rules, effective this 23rd day of January, 2006.

                        THOMAS K. KAHN
              Clerk of the United States Court
          of Appeals for the Eleventh Circuit

          By: /s/ Eleanor M. Dixon
                Deputy Clerk
         FOR THE COURT - BY DIRECTION

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

FILED
2006 JAN 26 PM 3:43
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

January 23, 2006

Sheryl L. Loesch
Clerk, U.S. District Court
80 N HUGHEY AVE STE 300
ORLANDO FL 32801-2225

**Appeal Number: 05-16398-CC**
Case Style: Lisa Hamilton v. Florida Department of Education
District Court Number: 04-00636 CV-ORL-28JGG

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when the appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on January 11, 2006.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Eleanor Dixon (404) 335-6172

Encl.

DIS-2CIV(03-2005)